Wendy Sugg (SBN 223335)
Sugg Law Group, a Professional Corporation
384 Forest Ave., Suite 15
Laguna Beach, CA 92651
Telephone:  (949) 260-9548
Email:       wendy@sugglaw.com

Attorneys for Defendants
Cycle Gear, Inc., Comoto Holdings, Inc.,
and Comoto Holdings, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIN AL OTAT, an individual and on behalf of similarly aggrieved employees;<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CYCLE GEAR, INC., a California corporation; COMOTO HOLDINGS, INC., a Delaware corporation; COMOTO HOLDINGS, LLC, a Delaware limited liability company; and DOES 1 – 50, inclusive;<br><br>　　　　　　Defendants. | Case No. 4:23-cv-02808-HSG<br><br>**STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON (as modified)** |

　　ISIN AL OTAT ("Plaintiff") and CYCLE GEAR, INC., COMOTO HOLDINGS, INC., and COMOTO HOLDINGS, LLC (collectively "Defendants") stipulate as follows:

　　1. On May 1, 2023, Plaintiff commenced an action in the Superior Court of the State of California in and for the County of San Francisco, entitled AL OTAT v. CYCLE GEAR, INC., et al., as Case Number CGC-23-606243 (the "Action");

　　2. On June 6, 2023, Defendants answered the Complaint;

　　3. On June 7, 2023, Defendants filed a notice of removal of the Action pursuant to U.S.C. §§ 1332, 1441, 1446, and 1453 with the United States District Court for the Northern District of California;

4.  On June 9, 2023, Defendants completed the removal process by filing a conformed copy of the notice of removal with the San Francisco County Superior Court;

5.  Plaintiff filed a Motion to Remand the Action on July 7, 2023; and

6.  After discussions between counsel, the parties have agreed the Action shall be remanded to the San Francisco Superior Court.

Therefore, the parties, by and through their respective counsel, hereby stipulate that that the action shall be remanded to the Superior Court for the County of San Francisco.

Dated: July 21, 2023                                SUGG LAW GROUP

By: */s/ Wendy Sugg*
Wendy Sugg
Attorneys for Defendants
Cycle Gear, Inc., Comoto Holdings, Inc., and Comoto Holdings, LLC

Dated: July 21, 2023                                LAW OFFICE OF JESSICA P. GOMEZ

By: */s/ Jessica P. Gomez*
Jessica P. Gomez
Attorneys for Plaintiff
Isin Al Otat

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Clerk is directed to close this case.

Dated: 7/24/2023

*[signature: Haywood S. Gilliam Jr.]*
UNITED STATES DISTRICT JUDGE